1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   TONY TENNENTO,                         )   Case No.: 1:14-cv-00772 - LJO - JLT
                                            )
12                    Plaintiff,            )   ORDER DENYING PLAINTIFF'S MOTION FOR
                                            )   APPOINTMENT OF COUNSEL WITHOUT
13          v.                              )   PREJUDICE
                                            )
14   CHRISTOPHER BOSTON, et al.,            )
                                            )   (Doc. 7)
15                    Defendants.           )
                                            )
16   _____)

17          On June 30, 2014, Plaintiff Tony Tennento ("Plaintiff") filed a motion for appointment of

18   counsel.  (Doc. 7.)  Plaintiff is informed that in most civil cases, there is no constitutional right to

19   counsel, but the Court may request an attorney to represent indigent persons.  28 U.S.C. § 1915(e)(1).

20   The Court cannot *require* representation of a plaintiff pursuant to 28 U.S.C. § 1915.  *Mallard v. U.S.*

21   *District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  Nevertheless, in

22   "exceptional circumstances," the Court has discretion to request the voluntary assistance of counsel.

23   *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).

24          To determine whether "exceptional circumstances exist, the district court must evaluate both the

25   likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in

26   light of the complexity of the legal issues involved."  *Rand*, 113 F.3d at 1525 (internal quotation marks

27   and citations omitted).  Here, the Court has determined that Plaintiff stated a cognizable claim in his

28   First Amended Complaint, and Plaintiff has demonstrated that he is able to state his position in an

                                                    1

intelligible manner before the Court.  Further, at this early stage in the proceeding, the Court is unable to make a determination that Plaintiff is likely to succeed on the merits.  Therefore, the Court does not find the required exceptional circumstances at this time.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's motion for the appointment of counsel is **DENIED WITHOUT PREJUDICE**.


IT IS SO ORDERED.

Dated:   **July 7, 2014**                           _____**/s/ Jennifer L. Thurston**

UNITED STATES MAGISTRATE JUDGE