UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TENNENTO,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHRISTOPHER BOSTON, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-00772 - LJO - JLT<br><br>ORDER DIRECTING SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT (Doc. 5) |

Tony Tennento is proceeding *pro se* and *in forma pauperis* in this action for a violation of his civil rights pursuant to 42 U.S.C. § 1983.  The Court has determined that Plaintiff stated cognizable claims for violations of his Fourth and Fourteenth Amendment rights.  (Doc. 6.)   Plaintiff filed a notice of his willingness to proceed only on these claims on July 7, 2014.  (Doc. 9.)

Accordingly, **IT IS HEREBY ORDERED**:

1. Service of Plaintiff's First Amended Complaint (Doc. 5) is appropriate for, and shall be initiated upon Defendants Christopher Boston, Christopher Gonzales, and Jessey Esposito;
2. The Clerk of Court is DIRECTED to send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed June 19, 2014 (Doc. 5);
3. Within twenty-one (21) days from the date of this order, Plaintiff **SHALL** complete the

1 | attached Notice of Submission of Documents and submit the completed Notice to the
2 | Court with the following documents:
3 |     a. One completed summons for each defendant to be served;
4 |     b. One completed USM-285 form for each defendant identified above; and
5 |     c. Four (4) copies of the First Amended Complaint filed June 19, 2014;
6 | 4. The U.S. Marshal is DIRECTED to serve a copy of the First Amended Complaint,
7 | summons, and this order upon the defendants as directed by Plaintiff in the USM form.
8 | 5. <u>Plaintiff is cautioned that failure to comply with this order will result in a
9 | recommendation that theaction be dismissed pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated: **July 23, 2014**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE