**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY TENNENTO, | ) Case No.: 1:14-cv-00772 - LJO - JLT |
| Plaintiffs, | ) ORDER RE: CONSENT |
| v. | ) |
| CHRISTOPHER BOSTON, et al., | ) |
| Defendants. | ) |

The Court held a scheduling conference with the parties on April 14, 2015, and informed the parties of the congested Court docket and heavy caseload of District Judges in the Fresno Division of the Eastern District of California. (*See* Doc. 24 at 2.) Defendants were directed to consider consenting to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and to file a consent/decline form within ten days. (*Id.*) To date, Defendants have not complied with this order.

Accordingly, the Court **ORDERS** Defendants to file a completed form indicating whether they consent to or decline the jurisdiction of the Magistrate Judge within seven days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 27, 2015**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE