UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TENNENTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BOSTON,<br>CHRISTOPHER GONZALES, and<br>JESSEY ESPOSITO,<br><br>　　　　　Defendants. | No.  1:14-cv-00772-DAD-JLT<br><br><u>ORDER TO SHOW CAUSE WHY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED, AND REQUIRING DEFENDANT TO SUBMIT WRITTEN OPPOSITION</u> |

On August 30, 2016, defendants Christopher Boston, Christopher Gonzales, and Jessey Esposito filed a motion for summary judgment in this action. (Doc. No. 32.) Pursuant to the Local Rules of this court, plaintiff Tony Tenneto was required to serve and file a response not more than twenty-one days after the date of service of the motion. Local Rule 230(l); *see also* Local Rule 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect."). On September 14, 2016, the court issued a minute order requiring the parties to file opposition and reply briefs in accordance with the Local Rules and indicating that the motion would be submitted for decision on the papers without oral argument. (Doc. No. 34.) Nonetheless, to date, plaintiff has not filed an opposition or statement of non-opposition to defendants' motion.

/////

1

In light of plaintiff's failure to respond to defendants' motion for summary judgment, this court hereby orders plaintiff Tenneto to show cause why defendants' motion for summary judgment should not be granted. Specifically, plaintiff Tenneto is directed to **file a written response within twenty-eight (28) days of service of this order**.[1] In his response, plaintiff Tenneto should (1) state why defendants' motion (Doc. No. 32) should not be granted, and (2) include any evidence in support of his position that defendants' motion should not be granted. If plaintiff fails to comply with this order, the court will deem defendants' motion submitted on the present record and issue an order addressing the motion based solely on the arguments and evidence submitted by defendants.

IT IS SO ORDERED.

Dated: **November 11, 2016**

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may, not more than fourteen (14) days after an opposition has been filed, if any, serve and file a reply to defendant's opposition to the motion for summary judgment.